FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 4 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: SA CR 02-0016 AG |
| Plaintiff, ) | ORDER OF DETENTION AFTER HEARING |
| vs. ) | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Hull, Charles Camp ) | |
| Defendant. ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___,
for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___bail resources unknown; ties to CDCA unknown; bench warrant history; ongoing alcohol abuse problem___

1
2
3      and/or
4  B.  ☒ The defendant has not met his/her burden of establishing by clear and
5      convincing evidence that he/she is not likely to pose a danger to the safety of any
6      other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This
7      finding is based on _extensive criminal history record; history_
8      _of committing new offenses while under_
9      _supervision; substance alcohol abuse problem_
10
11
12
13         IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.
15
16  DATED: __9/4/09__
17                                      ROBERT N. BLOCK
                                        UNITED STATES MAGISTRATE JUDGE
18
19
20
21
22
23
24
25
26
27
28