```
                              FILED
               CLERK, U.S.D.C. SOUTHERN DIVISION

                         MAR - 2 2011

               CENTRAL DISTRICT OF CALIFORNIA
               BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Hyll, Charles Camp <br><br> Defendant. | Case No.: SACR02-16-AG <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CA___, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___current backgrd, cmty ties unknown due to failure to interview; bail resources unknown; history of non compliance___

1   ___with supervision conditions___

2   _____

3   and/or

4  B.  (X) The defendant has not met his/her burden of establishing by clear and
5       convincing evidence that he/she is not likely to pose a danger to the safety of any
6       other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7       finding is based on ___criminal history record; continuing___
8       ___driving under influence; substance abuse___
9       ___history; parole violation history___
10      _____
11      _____

12

13      IT THEREFORE IS ORDERED that the defendant be detained pending further
14  revocation proceedings.

15

16  DATED:  __3/2/11__                _____
17                                     ROBERT N. BLOCK
                                       UNITED STATES MAGISTRATE JUDGE